UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOLL OBUON,

        Plaintiff,

   v.

WAIRIM KIAMBUTHI,

        Defendant.

No. C18-1061RSL

ORDER OF DISMISSAL

On July 31, 2018, the Court ordered plaintiff to file an amended complaint which clearly and concisely identifies the acts of which defendant, his ex-wife, is accused, how those acts violated plaintiff's legal rights, and the specific relief requested. Plaintiff timely filed an amended complaint. Having reviewed plaintiff's response and the remainder of the file, the Court finds that it lacks jurisdiction over this matter and/or that plaintiff has failed to state any federal claim under which relief can be granted. This matter is hereby DISMISSED without prejudice.

Dated this 12th day of September, 2018.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL